IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OCT 25 2019

Oluwashola O. Ajayi 452-855#
MCI_-H, 18601 Roxbury Road,
Hagerstown, MD 21746.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Police Chief Hank Stawinski,
Detectives Fitgerald Rodriguez, Juan Hunt, Thomas Crosby, Adam Doyle,
Dominique Clark, Angela Aslobrooks et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

See attached

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Oluwashola Olaniyi Ajayi, 452-855 |
| Street Address | Maryland Correctional Institution |
| City and County | Hagerstown, Maryland |
| State and Zip Code | Maryland, 21746. |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Angela Aslobrooks, County Exec. |
| Job or Title (if known) | Prince Georges County Executive |
| Street Address | County Administration Bldg., |
| City and County | 14741 Governor Oden Bowie Dr., |
| State and Zip Code | Upper Marlboro 20772. |
| Telephone Number | (301)952-4131 |
| E-mail Address (if known) | |

Defendant No. 2

Name: Police Chief Hank P. Stawinski III
Job or Title (if known): Police Chief Prince Georges Cty
Street Address: 7600 Barlowe Road,
City and County: Palmer Park, Maryland 20785
State and Zip Code: Maryland 20785
Telephone Number: (301)352-1200 (301)772-4420
E-mail Address (if known):

Defendant No. 3

Name: Fitgerald Rodriquez, #PDID 3068 [RODRIDQUEZ written above]
Job or Title (if known): Detective ( Head of Vice Unit)
Street Address: 7600 Barlowe Road,
City and County: Palmer Park
State and Zip Code: Maryland, 20785
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Juan Hunt
Job or Title (if known): Detective Vice unit
Street Address: 7600 Barlowe Road,
City and County: Palmer Park
State and Zip Code: Maryland, 20785
Telephone Number:
E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

Defendant No. 5

    Name  \_\_Detective Thomas Crosby_____

    Job or Title\_\_Detective/Police_____

    Street Address-7600 Barlowe Road_____

    City and County-Palmer Park , Maryland\_\_\_\_\_

    State and Zip Code-Maryland , 20785_____

    Telephone Number_____

Defendant No. 6

    Name  \_\_\_\_\_Adam Doyle_____

    Job or Title  \_\_Vice Detective_____

    Street Address\_\_7600 Barlowe Road_____

    City and County Palmer Park,_____

    State and Zip Code  \_Maryland ,20785_____

    Telephone Number  _____

Defendant No7.
Name. Kathy Ahn
Job or Title Asisstant State Prosecutor
Street Address Office of the State Attorney-Prince Georges County
        14735 Main Street Suite M3405
City and County Upper Marlboro, MD 20772.
Telephone Number (301)780-8114

3B

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth Amendment-The Right of the people to be secure in their persons,houses,papers,,and effects,against unreasonable searches and seizures, shall not be viola and no warrants shall issue, but upon probable cause

Continued on dif page.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

supported by Oath or affirmation, and particularlydescribing the place to be searched, and the persons or things to be seized.

Fifth Amendment.
....(in part)....nor shall be compelled in any criminal case to be a witness against himself,nor be deprived of life,liberty,or property, without due process of law;nor shall private property be taken for public use without just compensation.

Fourteenth Amendment.
Section 1....(in part)....No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life,liberty,or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

_____

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* __Maryland__,P Georges Cty. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Oluwashola O. Ajayi, 452855#

MCI-H, 18601 Roxbury Road,   *

Hagerstown, MD 21746.

3/12/1968

*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Det. Fitzgerald Rodridquez, 3068#

Det. Juan Hunt, Dominique Clarke,

Asst. State Attorney Kathy Ahn,
Adam Doyle, Thomas Crosby, County Exec Angela
Alsobrooks, Police Chief Hank Stawinski III "et al"
*(Full name and address of respondent)*
**Defendant(s).**

OCT 25 2019

AT G....
CLERK U.S. DISTRICT...
DISTRICT OF MARYLAND
BY                      DEP

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

     YES ☒      NO ☐

  B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: Oluwashola O. Ajayi, 452855#

      Defendant(s): Fitzgerald Rodridquez, Juan Hunt, Kathy Ahn, Adam Doyle
              Dominique Clarke, Conty Exec. Angela Alsobrooks, "et al
   2. Court (if a federal court name the district; if a state court name the city or county):

      Prince Georges County Circuit Court, Upper Marlboro.

2. Court (if a federal court name the district; if a state court name the city or county): Circuit Court of Prince Georges County.

3. Case No.: Still Pending/Circuit has not responded to suit.

4. Date filed: ~~November, 2017.~~ Filed July 17th, 2017 (See copy)

5. Name of judge that handled the case: Still Pending.

6. Disposition (won, dismissed, still pending, on appeal): Still pending Circuit Court has not responded/ See copy of lette

7. Date of disposition: Still Pending. / Unknown

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒   NO ☐

1. If you answered YES:

   a. What was the result? Warden of the jail, said its State# Federal issue or matter.

   b. Did you appeal?

   YES ☐   NO ☒

2. If you answered NO to either of the questions above, explain why: The claim was final after the grievance was filed by plaintiff as determined by the Warden

cate of Service Form

CT16Q353A

**FILED**

JUL 1 7 2017 TF224

## CERTIFICATE OF SERVICE

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

I HEREBY CERTIFY that on this __25__ day of __JUNE__ [month], 20__17__ [year], a copy

of the foregoing __MOTION TO PROCEED IN FORMA PAUPERIS__ [name of document]

__AND A STATE OF CLAIMS AGAINST MARYLAND "ET AL" STATE__

was served by (check one)

☐ 1. hand;
☒ 2. first-class mail, postage prepaid;
☐ 3. certified mail; or
☐ 4. other _____ [specify]

on the following: [give name(s) and complete addresses of all *parties* in the case, or their attorneys if represented by counsel, upon whom the document was served]

DETECTIVE RODRIGUEZ FITZGERALD - VICE SQUAD HYATTSVILLE POLICE DEPT
OFFICER ~~KEITH~~ JUAN HUNT, OFFICER THOMAS CROSBY AND HANK STANINSKI POLICE CHIEF
COUNTY EXECUTIVE RUSHERN BAKER III
GOVERNOR LARRY HOGAN
ATTORNEY GENERAL BRIAN FROSH
"ET AL" KATHY AHN, ASST. STATE PROSECUTOR
ALANE D'APPOLITO (ESQ)
JUDGE DOROTHY ENGEL

OLUWASHOLA AJAYI
[your signature]

MCI-H, 18601 ROXBURY ROAD,
[your address]

HAGERSTOWN, MD 21746

Md. Rules 1-321 & 1-323

<u>Factual Background to Statement of Claims for Civil Rights
Violations and Constitutional Rights Violations</u>

A random undercover prostitution vice sting was carried out in Clinton area, Maryland by Detective Fitzgerald Rodriquez and his team consisting of Detectives Juan Hunt, Adam Doyle, Thomas Crosby, and Dominique Clark on January, 19th, 2016.

An exotic dancer, Shaeda Gough came from Baltimore the previous day, and registered at the Comfort Inn Hotel paid with a credit card at the front desk in her name, at the time, Shaeda G. was on the run from outstanding fugitive warrant.

A Backpage ad that was posted by Shaeda was contacted by Thomas Crosby, and a visit for a massage was arranged, by the Detective and Shaeda G., Detective arrived and proceeded to room 310, a minor Miss Carmin Shan, 16 at the time was a run away foster child, was in the room with Shaeda at her invitation, also her lesbian partner/lover were in the room naked, after they had just finished making love, the Detective was let in the room, Shaeda and Carmin, after a brief conversation, the Detective finally produced a badge indicating in fact, he was the police, Shaeda already a fugitive, who was wanted began telling the police unreliable statements at the scene to remove herself from the situation, after being told the real age of Carmin, and she was facing Felony Human Trafficking charges.

I, (Oluwashola Ajayi) was in the lobby, was accosted by Det. Juan Hunt and Det. Fitzgerald R., who arrested, me after receiving unreliable information from Shaeda G., an illegal search and seizure followed, <u>without a search and seizure warrant</u> my wallet, containing $391.28¢ cash, DC I.D., College almni ID card, American Express debit card, 1986 Toyota Celica hatch back

8.

car, Virginia tags VJK 2732 was seized by Detective Juan Hunt along with my car keys to the car, I-phone was also seized.

I invoked my rights to remain silent, and demanded a lawyer to speak with any law enforcement officer.

No search and seizure warrant was ever filed, no exigent circumstance form was filed to a judge, No search warrant was ever filed to search my I-Phone, phone subscriber data was collected in violation of the <u>Maryland Stored Wire and Electronic Communications and Transactional Records Access Act§ 10-4A-01 et seq.</u> No court subpoena was ever filed, there was nver a court order, nor was my consent ever requested to search phone.

The illegal search and seizure of personal effects, violated my constitutinal rights ( Fourth Amendment) from unreasonable state/government intrusion. The resulting arrest and unlawful, wrongful conviction, has to this Civil Rights Violation litigation to redress these Constitutional Rights Violations.

During the secret interrogation Of shaeda G. the police, DetRodridquez coerced Shaeda G. to produce a false naked,involuntary,compliant confession against the plaintiff, essentially blaming the plaintiff for any crime that may or may not have happened, even though evidence shows that the plaintiff committed no crime, supported by testimony of the minor, Miss Carmin Shan who testified that I never committed no crime .

A videotape of the minor's interrogation by the Detectives, was suppressed by the prosecuting attorney, Kathy Ahn, hiding it from the juror's and the defense attorney,prior to trial.

Trial commenced on September 20th,2016, endedon the 23rd of September, 2016, plaintiff was sentenced on November, 30th , 2016, and became final after a fraudulent,perjured, corrupted criminal trial.

9.

III. VERIFIED STATEMENT OF CLAIMS

(1.) Detective Juan HUnt and Detective Fitzgerald Rodridquez, 3068#PD ID, arrested Plaintiff (Oluwashola O. Ajayi) without a warrant/probable cause/ exigent circumstance form, signed by a Magistrate of competent jurisdiction on January, 19th, 2016 at the Comfort Inn, 7979 Malcolm Road, Clinton, Maryland. Detective Juan Hunt transported plaintiff to the Hyattsville Police Station and seized a black I-phone seven, and its contents, a black leather wallet containing US currency cash, $391.28¢, DC ID, American Express debit card, Starayer ID alumni card, a 1996 Toyota Celica 2 door Red, hatch back model with Virginia tags VJK 2782, car keys to the Toyota,without a search warrant nor probable cause to search and seize the personal property or car, particularly describing property to be searched and seized, violating the plaintiff's U.S. constitutional Rights ( Fourth Amendment)and the Fourteenth Amendment).

(2.) False Arrest and False Imprisonment, and "Continuing" Wrongful Arrest and Wrongful Conviction by Juan Hunt and Detective Fitzgerald Rodridquez.

(3.) Felony Theft /Robbery/and or concealment by Detective Juan Hunt of cash money $391.28¢ to deprive owner of use/ and evidence in a criminal trial to prove innocence from DNA touch analysis illegal seizure of Toyota, phone,wallet and car keys.

(4.) Invasion of Privacy/False Light- by Detective Juan Hunt,when he falsified the Probable Cause of Statement Report on January, 19th,2016, by not following Prince Georges County Policy of reporting cash or evidence seized from suspects/plaintiff and Obstucted Justice/Tampered with Evidence, Misuse of police powers and autority. Invaded Plaintiff's privacy, while reading a newspaper in the lobby of the Comfort Inn.

(5.) Detctive Fitzgerald Rodridquez, violated the Maryland Stored Wire and Electronic Communication and Transactional Record Access Acts § 10-4 A-1 et seq, by not :
Obtaining a court order requiring the disclosure under §10-4A-04.

(A) By not securing a subpoena by a court of competent jurisdiction. A Maryland Grand Jury subpoena autorized under MD. Code Ann.Crim. Proc. §15-108:

(B) Did not obtain Plaintiff's consent to search,seize and display it's content's, electronic records, local and long distance telephone connections, including name, address, session times and durations of calls for law enforcement purposes.( MD.Code., Cts & Jud.Proc. §10-4A-04(c)(1)(i).

The Stored Commmunication Act mirrors its Federal counterpart the Electronic Communications Privacy Act, 18 U.S.C.S 2701,et seq.

(6.) Defendants violated Plaintiff's Maryland Declaration of Rights, Articles 21 & 24.

(7.) Malicious Prosecution,Negligent,Intrinsic fraud by Asisstant State Prosecutor Kathy Ahn and Detective Fitzgerald Rodridquez and suppression of Exculpatory Evidence, resulting in a wrongful conviction and making False statements.

11.

(8.) Intentional Infliction of Emotional Distress, due to the violation of Rights,Incarceration, Loss of Liberty and Freedom.

(9.) Negligent Detention.

(10.) Intentional Misreprensation by members of the Vice Unit of Prince Georges County Police, Detectives Fitzgerald Rodridquez Juan Hunt, Adam Doyle, Dominique Clarke, Thomas Crosby.

(11.) Negligence by the Prince Georges County Department.

(12.) Prince Georges County Police "continued"pattern or pratice of "unconstitutional" and unlawful detention and Interrogation, and "excessive force and brutality"(Monell Claim)

The Vice Unit were acting within the scope of their employment with the state, as police officers and Detectives, when they individually,jointly committed these crime(s)(Felony Theft) /Robbery and illegal seizure of personal property and violated plaintiff's constitutional rights.

(13.) Detention without Cause,Conspiracy and Failure to Intervene

(14.) Civil Conspiracy Kathy Ahn and Detective Fitzgerald Rodridquez.

(15.) Police Chief Hank Stawinski III, failure to supervise the vice unit, punish,reprimand,control, intervene or remove corrupt , abusive Police Officers.

(16.) Property loss of Plaintiff's possessions(cloths,furnture, beddings,shoes,college degree award,carpentry tool's,family pictures albums,etc) that was stored in a DC storage facility on New York Avenue,Washington DC as a result of the arrest, detention and Theft of money by Detective Juan Hunt and Det. Fitgerald Rodridquez.(Total Loss estimate $50,000).

Detective Juan Hunt,DetectiveFitgerald Rodridquez,Thomas Crosby,Adam Doyle,Dominique Clark (Vice Unit) wereacting within the scope of their employment with the State of Maryland, as police officers and Detectives.

This Civil Rights Violationslitigation seeks redress for injuries sustained and "continuing" as a result of the defendants action's of unconstitutional misconduct, Mr. Oluwashola Ajayi has suffered loss of liberty, wrongful conviction,federal and state constitutional violations,extensive emotional distress,physical pain,missed milestones of young daughters(6 and 11 years old).

The Claim alleges violations of State and Federal constitutional rights and liability against the State of Maryland,Prince Georges County Police Department and it's policies.

The State can held liable under color of law, and the state's agent's under 42 U.S.S.C.§ 1983 for the acts of it's officers and employee's.

12.

III.     VERIFIED STATEMENT OF CLAIMS (continued)

(17.)    Detective Rodridquez and Det. Juan Hunt falsified, the statement of probable cause, by not reporting cash seized from suspect's during a criminal investigation, reporting accurately, what was seized, as it could relate to evidence importance to afinding of guilt or innocece. Accordingly, the standard operating procedures, calls for specific protocols to follow, when cash has been seized from a suspect, place cash in the presence of another officer, note amount, place in a evidence control bag, record the number e.t.c., Detective seized cash from the plaintiff, in the amount of $391.28¢ that in a black leather wallet, along with other personal effects, contained in thereof.

   The theft/Robbery/Concealment, resulted in Felony Theft/ Robbery of the plaintiff.

13.

IV. Relief

(State briefly what you want the Court to do for you.)
WHEREFORE, plaintiff respecfully prays that this court enter judgement judgement granting plaintiff:
Award Monetary award punitive, and compensatory damages of $14.2 million dollars. ($200,000 Civil Remedy for the violation of the Md. Stored Wire Access Act) ($5 million punitive damages) ($9 million for Compensatory damages) to be paid by the State, Prince Georges County Local Government, Joint and Individual paym

SIGNED THIS __16th__ day of __May__, __2019__.

_Oluwashola O. Ajayi_
Signature of Plaintiff

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters are true, as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Mr. Oluwashola Olaniyi Ajayi
Printed Name

452-855/1474307#

MCI-H, 18601 Roxbury Road, Hagerstown, MD 21746.
Address

N/A
Telephone Number

N/A
Email Address

Relief (Continued)

ments against each defendant, jointly and severally.

Release and return of Personal property seized (All), Car, Phone, Wallet by Detective Juan Hunt.

A jury trial on all issues triable by jury.

A declaration that the actsdescribed herein violated plaintiff's rights under the Constitution and laws of the United States. including Prince Georges County, Maryland and the Maryland Consttution.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Oluwashola O. Ajayi, 452855#

MCI-H, 18601 Roxbury Road,           *

Hagerstown, MD 21746.

3/12/1968-D.O.B

                                     *

*(Full name, date of birth, identification #, address of petitioner)*
**Petitioner,**

v.                                          Case No.: _____
                                            *(Leave blank. To be filled in by Court.)*

Detectives Fitgerald Rodriquez,*

Juan Hunt, Thomas Crosby, Dominique Clark

Kathy Ahn, Angela Alsobrooks-Cty Exec.

Police Chief Hank StawinskiIII "et al"
*(Full name and address of respondent)*
**Respondent.**

OCT 25 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that on October 21st, 2019,
a copy of Civil litigation under 42 § 1983 lawsuit against Maryland
was mailed via first class mail, postage prepaid, to Clerk of the U.S District
Court for the District of Maryland via Certified Mail.

_____
Signature of Petitioner

OLUWASHOLA OLANIYI AJAYI, 452855#,
1474307#
Printed Name

MCI-H, 18601 ROXBURY ROAD, HAGERSTOWN
MD, 21746.
Address

Telephone Number

Email Address